UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
UNITED STATES OF AMERICA                )
                                        )
        v.                              )        Criminal No. 00-0105 (PLF)
                                        )        Civil Action No. 05-0555
BYRON MCDADE,                           )
                                        )
            Defendant.                  )
_____)


ORDER

        This matter is before the Court following an evidentiary hearing on defendant

Byron McDade's amended motion to vacate, set aside or correct his sentence, pursuant to 28

U.S.C. § 2255.  For the reasons set forth in the Opinion issued this same day, it is hereby

        ORDERED that defendant's motion to vacate, set aside or correct his sentence

[334] is DENIED and Civil Action No. 05-0555 is DISMISSED.  This is a final appealable

Order.  See Rule 4(a), Fed. R. App. P.; it is

        FURTHER ORDERED that the Clerk of the Court shall send a copy of the

Opinion to the Director of the Bureau of Prisons; and it is

        FURTHER ORDERED that the Clerk of the Court shall send a copy of the

Opinion to the Office of the Pardon Attorney at the Department of Justice.

        SO ORDERED.


                                        /s/_____
                                        PAUL L. FRIEDMAN
DATE:  August 5, 2009                   United States District Judge